UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NEW YORK LIFE INSURANCE COMPANY,

Plaintiff,

v.

JOANNA CASTRO, *et al.*,

Defendants.

Case No. 1:26-cv-04420-JLT-CDB

ORDER DIRECTING PLAINTIFF TO FILE AND SERVE UPON DEFAULTING DEFENDANT ANTHONY REYES A MOTION FOR DEFAULT JUDGMENT AND A COPY OF THIS ORDER

(Docs. 11, 13)

**30-day Deadline**

**Relevant Background**

Plaintiff New York Life Insurance Company ("Plaintiff") initiated this action with the filing of a complaint against Defendants Joanna Castro, Annie Reyes, and Anthony Reyes ("Defendants") on June 8, 2026. (Doc. 1). The next day, the Clerk of the Court issued summonses for service upon the Defendants and the Court entered an order setting a mandatory scheduling conference for September 9, 2026. (Docs. 3, 4).

On August 21, 2026, Plaintiff filed summonses returned executed reflecting its service of summons, complaint, and the case opening documents upon Defendant Anthony Reyes. (Doc. 9). On August 31, 2026, when Defendant Anthony Reyes had failed to timely respond to the complaint, Plaintiff filed a request for entry of default and the next day, the Clerk of the Court entered default as to Defendant Anthony Reyes. (Docs. 11, 13). Notwithstanding his subsequent filing of an answer (Doc. 19), Defendant Anthony Reyes remains in default.

Thereafter, Defendant Anthony Reyes failed to participate in the drafting of the parties' joint scheduling report (*see* Doc. 21) as required by this Court's order (*see* Doc. 3) and failed to appear at the mandatory scheduling conference (*see* Doc. 22).

Because as set forth above Defendant Anthony Reyes remains in default, the Court will direct Plaintiff to file a motion for default judgment as set forth below.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff SHALL FILE and SERVE upon defaulting Defendant Anthony Reyes (*see* Docs. 11, 13) **within 30 days of entry of this order** a motion for default judgment properly noticed for hearing before the undersigned consistent with the Court's Local Rules.

IT IS SO ORDERED.

Dated: **November 19, 2026**

UNITED STATES MAGISTRATE JUDGE